## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MARK BRADFORD,

     Plaintiff,

v.                                                                                    No. CIV 12-0772 JB/WDS

STATE OF NEW MEXICO,
JOHN SUGG,
SCOTT PISTONE,

     Defendant.

### FINAL JUDGMENT

**THIS MATTER** having come before the Court, under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff Mark Bradford's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed July 12, 2012 (Doc. 1), and the Court having entered an order dismissing the Complaint,

**IT IS ORDERED** that judgment is hereby entered in favor of the Defendants, and this action is dismissed.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Mark Bradford
Clayton, New Mexico

     *Plaintiff pro se*